COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Llanelly Enterprises LTD. v. Harry A. Bouknight, Jr.

Appellate case number:    01-19-00505-CV

Trial court case number:   2019-09066

Trial court:                     295th District Court of Harris County

In this interlocutory appeal, appellant, Llanelly Enterprises LTD, has filed a motion to lift the automatic stay provided in section 51.014(b) and to abate to the trial court to allow the trial court to file findings consistent with section 27.007. *See* TEX. CIV. PRAC. & REM. CODE §§ 27.007, 51.014(b). No party has objected to the motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, the Court **grants** the motion, **lifts** the stay, **abates** this appeal, and **remands** to the trial court for the limited purpose of ruling on appellants' "Request for Findings of Fact and Conclusions of Law," including the findings of fact required by section 27.007. *See* TEX. CIV. PRAC. & REM. CODE §§ 27.007, 51.014(a)(12), (b); TEX. R. APP. P. 29.3. Because this is an accelerated appeal, the Court **orders** the trial court to sign any order and findings of fact **within 15 days of the date of this Order**. *See* TEX. CIV. PRAC. & REM. CODE § 27.008(b). The district clerk is directed to file a supplemental clerk's record containing the trial court's order, if any, and findings with the Clerk of this Court **within 5 days of the date** the district court signs any order and findings.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. This appeal will be reinstated on this Court's active docket when the supplemental clerk's record that complies with this Order is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party or may reinstate the appeal on its own motion.

It is so **ORDERED**.

Judge's signature: ___/s/ Sherry Radack___
                    ☒ Acting individually    ☐ Acting for the Court
Date: ___August 6, 2019__